UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUHUA YANG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>POLLY KAISER, et al.,<br><br>　　　　　Respondents. | No. 2:25-cv-02205-DAD-AC (HC)<br><br>ORDER REINSTATING AND EXTENDING AUGUST 20, 2025 TEMPORARY RESTRAINING ORDER<br><br>(Doc. No. 19) |

　　　　On September 8, 2025, the parties filed a joint stipulation to reinstate and extend the temporary restraining order entered by the court on August 20, 2025 pursuant to Federal Rule of Civil Procedure 65(b)(2). (Doc. No. 19 at 2.) Federal Rule of Civil Procedure 65(b)(2) provides that a temporary restraining order "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65. Here, respondents have consented to reinstate and extend the temporary restraining order until October 27, 2025. (Doc. No. 19 at 2.)

/////

/////

1

Pursuant to the parties' stipulation, the court hereby reinstates its August 20, 2025 temporary restraining order and extends its effect through October 27, 2025.

IT IS SO ORDERED.

Dated:  **September 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE